Sandy N. Webb OSB No. 086527
swebb@swebblaw.com
Law Offices of Sandy N. Webb, PC
Skyline Building - 0224 S.W. Hamilton St., Ste 301
Portland, OR 97239
Office Reception: 503-477-7731
Fax: 503-477-7433
www.swebblaw.com

Attorneys for Plaintiff, Kristy Morgan

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

Civil No. 3:13-cv-00842-BR

KRISTY MORGAN,

               Plaintiff,

      v.

JP MORGAN CHASE BANK,
SAFEGUARD PROPERTIES
MANAGEMENT, LLC, LPS FIELD
SERVICES, INC., BAXTER & BAXTER,
LLP, and LYNDON RUHNKE,

               Defendants,

**STIPULATED DISMISSAL OF ENTIRE
ACTION AS TO LPS FIELD SERVICES,
INC.**

TO THE COURT, ALL PARTIES OF RECORD AND THEIR COUNSEL

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41-1, Plaintiff

Kristy Morgan by and through her attorney, hereby dismisses her Complaint against Defendant LPS

Field Services, Inc., with prejudice because the matter has settled.

///

///

///

**STIPULATED DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT
LPS FIELD SERVICES, INC.**

The parties have agreed to bear their own costs, fees and expenses.

DATED: January 7, 2014                LAW OFFICES OF SANDY N. WEBB, PC

                                      By:_____
                                          Sandy N. Webb, OSB #086527
                                          (503) 477-7731
                                          swebb@swebblaw.com
                                          Attorney for Plaintiff

DATED: January 22, 2014               HOLLAND & KNIGHT LLP

                                      By:_____
                                          Louis A. Santiago, OSB #783610
                                          (503) 243-2300
                                          serve.las@hklaw.com
                                          Attorneys for LPS Field Services,
                                      Inc.

**STIPULATED DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT
LPS FIELD SERVICES, INC.**                                        **Page 2**

**ORDER**

IT IS HEREBY ORDERED that the Complaint by Plaintiff Kristy Morgan in the above captioned matter is hereby dismissed as to Defendant LPS Field Service, Inc., with prejudice, with each party to bear its own costs, fees and expenses.

DATED: ___1/23/14___

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT COURT