Sandy N. Webb OSB No. 086527
swebb@swebblaw.com
Law Offices of Sandy N. Webb, PC
Skyline Building - 0224 S.W. Hamilton St., Ste 301
Portland, OR 97239
Office Reception: 503-477-7731
Fax: 503-477-7433
www.swebblaw.com

Attorneys for Plaintiff, Kristy Morgan

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| KRISTY MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, SAFEGUARD PROPERTIES MANAGEMENT, LLC, LPS FIELD SERVICES, INC., BAXTER & BAXTER, LLP, and LYNDON RUHNKE,<br><br>        Defendants, | Civil No. 3:13-cv-00842-BR<br><br>STIPULATED DISMISSAL OF ENTIRE ACTION AS TO LPS FIELD SERVICES, INC. |

TO THE COURT, ALL PARTIES OF RECORD AND THEIR COUNSEL

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41-1, Plaintiff Kristy Morgan by and through her attorney, hereby dismisses her Complaint against Defendant LPS Field Services, Inc., with prejudice because the matter has settled.

///

///

///

STIPULATED DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT
LPS FIELD SERVICES, INC.

The parties have agreed to bear their own costs, fees and expenses.

DATED: January 7, 2014

LAW OFFICES OF SANDY N. WEBB, PC

By: _____
Sandy N. Webb, OSB #086527
(503) 477-7731
swebb@swebblaw.com
Attorney for Plaintiff

DATED: January 22, 2014

HOLLAND & KNIGHT LLP

By: _____
Louis A. Santiago, OSB #783610
(503) 243-2300
serve.las@hklaw.com
Attorneys for LPS Field Services, Inc.

STIPULATED DISMISSAL OF ENTIRE ACTION AS TO DEFENDANT
LPS FIELD SERVICES, INC.

## ORDER

IT IS HEREBY ORDERED that the Complaint by Plaintiff Kristy Morgan in the above captioned matter is hereby dismissed as to Defendant LPS Field Service, Inc., with prejudice, with each party to bear its own costs, fees and expenses.

DATED: 1/23/14

_____
HONORABLE ANNA J. BROWN
UNITED STATES DISTRICT COURT